**Electronically Filed
Supreme Court
SCWC-23-0000186
02-FEB-2026
11:01 AM
Dkt. 25 ODAC**

SCWC-23-0000186

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEPHEN I. ADLER,
Petitioner/Plaintiff-Appellant,

vs.

DISCOVERY HARBOUR COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000186; CASE. NO. 3CCV-20-0000367)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Somerville, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on December 24, 2025, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 2, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

